IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHNNY GARRETT, # N-20411, )<br>a/k/a JOHNNIE GARRETT, )<br>                       )<br>     Plaintiff, )<br>                       )<br>  vs. )<br>                       )<br>STATE of ILLINOIS, )<br>ATTORNEY GENERAL, )<br>PEOPLE of the STATE of ILLINOIS, )<br>and WARDEN, )<br>                       )<br>     Defendants. ) | Case No. 13-cv-1298-JPG |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge J. Phil Gilbert, and the following decision was reached:

**IT IS ORDERED** that Plaintiff shall recover nothing, and the action be **DISMISSED on the merits with prejudice,** the parties to bear their own costs. This dismissal shall count as one of Plaintiff's allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**: December 30, 2013

                                                      NANCY J. ROSENSTENGEL, CLERK

                                                      By: s/ Tanya Kelley
                                                          Deputy Clerk

APPROVED: *s/ J. Phil Gilbert*
                 J. Phil Gilbert
                 United States District Judge